UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GARY CLIVE SCHADE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAWRENCE LAWSON and MIDNIGHT SUN ONCOLOGY, INC. an Alaskan Corporation,<br><br>　　　　Defendants. | **ORDER GRANTING MUTUAL STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 3:14-cv-00196-TMB |

The Parties' Mutual Stipulation for Dismissal with Prejudice is **GRANTED**.

All claims are released and dismissed with prejudice that were brought or that could have been brought by Plaintiff, Gary Clive Schade or by Defendants, Lawrence Lawson and Midnight Sun Oncology, Inc., by or against each other, and all claims that could have been brought by or against New York Life Insurance Company and all of its subsidiaries and affiliate entities arising out of the 412 (i) transaction that is the subject of this lawsuit are mutually released, with each side to bear their own costs and attorney's fees.

The oral argument re 11 MOTION to Compel and Stay this Action and 20 MOTION to Stay FINRA Arbitration previously set for March 19, 2015 at 10:00 a.m. is VACATED. All pending motions are denied.

DATED: February 25, 2015

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
Schade v. Lawson and Midnight Sun Oncology, 3:14-cv-00196-TMB
Page 2 of 2

Case 3:14-cv-00196-TMB   Document 31   Filed 02/25/15   Page 2 of 2